# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPEAL OF JAINDL LAND
COMPANY AND RCSVP-
CHAMBERSBURG, LLC FROM THE
DECISION DATED SEPTEMBER 2, 2020
OF THE ZONING HEARING BOARD OF
GREENE TOWNSHIP

PETITION OF:  GREENE TOWNSHIP

: No. 555 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:

IN RE: APPEAL OF JAINDL LAND
COMPANY AND RCSVP-
CHAMBERSBURG, LLC FROM THE
DECISION DATED SEPTEMBER 2, 2020
OF THE ZONING HEARING BOARD OF
GREENE TOWNSHIP

PETITION OF:  GREENE TOWNSHIP

: No. 556 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.